WILLIAM M. KUNTZ   # 153052
Attorney at Law
4780 Arlington Avenue
Riverside, CA 92504
(951) 343-3400
Fax (951) 343-4004
E-Mail: KuntzSSlaw @sbcglobal.net
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

KENNETH TORRES ARELLANO,   )     CASE NO.: **ED CV 24-00427 PD**
                            )
            Plaintiff,      )     ORDER AWARDING
                            )     EAJA FEES
      v.                    )
                            )
FRANK BISIGNANO[1],         )
Commissioner of Social Security )
Administration,             )
                            )
            Defendant.      )
_____)

Based upon the parties' Stipulation for Award and Payment of Equal Access

to Justice Act (EAJA) Fees ("Stipulation"),

**IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the

Equal Access to Justice Act, ("EAJA") in the amount of FIVE THOUSAND

DOLLARS and 00/cents ($5,000.00), as authorized by  28 U.S.C. § 2412 (d), and

subject to the terms and conditions of the Stipulation.

      DATED: June 13, 2025        *PATRICIA DONAHUE*
                                  HONORABLE PATRICIA A. DONAHUE
                                  UNITED STATES MAGISTRATE JUDGE

_____

[1] Frank Bisignano is now the Commissioner of the Social Security Administration.
Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano should be
substituted for Commissioner Michael J. O'Nalleyas the defendant in this suit.  No further action
needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the
Social Security Act, 42 U.S.C. § 405(g).